1  Julia E. Romano (SBN 260857)
   KING & SPALDING LLP
2  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
3  Tel: (213) 443-4355
   jromano@kslaw.com
4
   Attorney for Defendant
5  The Home Depot, Inc.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  DAVID KAUFFMAN, individually and        Case No. 3:23-cv-00259-AGS-AHG
    on behalf of others similarly situated,
12                                          **DEFENDANT'S NOTICE OF
                              Plaintiff,    MOTION AND MOTION TO
13                                          DISMISS THE COMPLAINT**
          vs.
14                                          **(Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P.
    THE HOME DEPOT, INC.,                   (b)(2), Fed. R. Civ. P. (b)(6), Civ. L.R.
15                                          7.2)**
                              Defendant.
16
                                            Hearing Date:    June 9, 2023
17                                          Hearing Time:    2:30 p.m.
18
                                            Judge:           Andrew G. Schopler
19

20
        **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
21
22      **PLEASE TAKE NOTICE** that on June 9, 2023, before the Honorable Andrew G.

23  Schopler, in Courtroom 5C of the above entitled Court, located at United States

24  Courthouse, 221 West Broadway, San Diego, California 92101, Defendant, through its

25  counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P.

26  12(b)(1), Fed. R. Civ. P. 12(b)(2), and Fed. R. Civ. P. 12 (b)(6) for an order dismissing

27  Plaintiff's Complaint in its entirety for lack of Article III standing, lack of personal
28

**DEFENDANT'S NOTICE OF MOTION
AND MOTION TO DISMISS THE COMPLAINT**

1    jurisdiction, and failure to state a claim upon which relief can be granted.

2        This motion is based on this Notice, the accompanying Memorandum of Points

3    and Authorities, the pleadings and papers filed in this action, and Defendant's Privacy

4    and Security Statement, which is subject to judicial notice.

5

6    Dated: April 12, 2023                          KING & SPALDING LLP

7                                                   */s/ Julia E. Romano*

8                                                   Julia E. Romano
                                                    ***Attorney for Defendant***
9                                                   The Home Depot, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S NOTICE OF MOTION
AND MOTION TO DISMISS THE COMPLAINT**