Julia E. Romano (SBN 260857)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
jromano@kslaw.com

Attorney for Defendant
The Home Depot, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | Case No. 3:23-cv-00259-AGS-AHG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**(Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. (b)(2), Fed. R. Civ. P. (b)(6), Civ. L.R. 7.2)**<br><br>Hearing Date:  September 22, 2023<br>Hearing Time:  2:30 p.m.<br>Judge:  Andrew G. Schopler<br>Courtroom:  5C |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 22, 2023, before the Honorable Andrew G. Schopler, in Courtroom 5C of the above entitled Court, located at United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant, through its counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), and Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiff's First Amended Complaint ("FAC") in its entirety for lack of Article III standing, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and papers filed in this action, and materials incorporated by reference into the FAC or are otherwise subject to judicial notice.

Dated: June 23, 2023                     KING & SPALDING LLP

                                         */s/ Julia E. Romano*
                                         Julia E. Romano
                                         ***Attorney for Defendant***
                                         The Home Depot, Inc.

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT