

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David KAUFFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>V.<br><br>The Home Depot, Inc.<br><br>Defendant. | Civil Action No.   23cv0259-AGS-AHG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Home Depot's motion to dismiss is GRANTED for lack of personal jurisdiction and DENIED AS MOOT on all other grounds

Date:   1/19/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Simmons
　　　　　　　　　　　　J. Simmons, Deputy